UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HATEM TAWFIQ ALGHUTI, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | 3:23-cv-119 |
| | § | |
| UNITED STATES DEPARTMENT OF JUSTICE, *ET AL.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER ON PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL AND EMERGENCY TEMPORARY RESTRAINING ORDER

Before the court are the plaintiff's motion for appointment of counsel, Dkt. 20, and application for a temporary restraining order, Dkt. 21.[1] Having considered the plaintiff's briefing, the record, and the applicable law, the court finds that the plaintiff has not shown himself to be entitled to the requested relief. Accordingly, the motion and application are denied.

Signed on Galveston Island this 4th day of May, 2023.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

---

[1] The plaintiff also emailed the court an amended application for a temporary restraining order on May 4, 2023, which the court has reviewed and considered.