# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

No. 3:23-cv-119

HATEM TAWFIQ ALGHUTI, PLAINTIFF,

v.

UNITED STATES DEPARTMENT OF JUSTICE, *ET AL.*, DEFENDANTS.

## FINAL JUDGMENT

JEFFREY VINCENT BROWN, *UNITED STATES DISTRICT JUDGE*:

For the reasons set forth in this court's memorandum opinion and order of even date, this civil action is **DISMISSED**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this order to the parties.

Signed on Galveston Island this 22nd day of May, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

1/ 1